UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALEIN BLACKWELL, | No. 2:15-cv-00388-AC |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On September 21, 2015, plaintiff filed a stipulation and proposed order for extension of time to extend plaintiff's deadline to file a motion for summary judgment to October 16, 2015, with all other deadlines extended accordingly. ECF No. 13. The parties' stipulation explains that the extension is necessary due to counsel for plaintiff's crowded briefing schedule. Id. Accordingly, THE COURT HEREBY ORDERS for good cause shown that plaintiff's deadline to file a motion for summary judgment is extended to October 16, 2015, with all other deadlines extended accordingly.

DATED: September 22, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1