UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALEIN BLACKWELL, | No. 2:15-cv-00388-AC |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

On October 19, 2015, plaintiff filed a stipulation and proposed order for an extension of time to file her motion for summary judgment, signed by both parties. The stipulation requests that the court extend plaintiff's deadline for filing a motion for summary judgment by 28 days from October 16, 2015, to November 13, 2015, with all other deadlines extended accordingly. Good cause appearing, THE COURT HEREBY ORDERS that the parties' stipulation for extension of time, ECF No. 15, is GRANTED. Plaintiff must file her motion for summary judgment by November 13, 2015.

DATED: October 21, 2015

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE