1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                        FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   KALEIN BLACKWELL,                          No.  2:15-cv-00388-AC

11                  Plaintiff,

12        v.                                    ORDER

13   CAROLYN W. COLVIN, Acting
     Commissioner of Social Security,
14
                     Defendant.
15

16        Plaintiff has filed a motion for an extension of time to file a motion for summary
17
     judgment from November 13, 2015, to December 4, 2015.  ECF No. 17.  Plaintiff's counsel states
18
     that this extension is necessary because she has been experiencing health problems recently
19
     related to a change in medications.  Id., Declaration of Bess M. Brewer.  This is the third
20
     extension plaintiff has sought.
21
          For good cause being shown, THE COURT HEREBY ORDERS that plaintiff's motion
22
     for an extension of time, ECF No. 17, is GRANTED.  Plaintiff's deadline to file a motion for
23
     summary judgment is extended to December 4, 2015, with all other deadlines extended
24
     accordingly.
25
     DATED:  November 20, 2015
26
                                              _____
27                                            ALLISON CLAIRE
                                              UNITED STATES MAGISTRATE JUDGE
28