**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| KALEIN BLACKWELL,<br><br>  Plaintiff,<br><br>  vs.<br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 2:15-cv-00388-AC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended by 45 days from January 4, 2016, to February 18, 2016. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because of her counsel's heavy workload.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

|  |  |
|---|---|
| Dated: December 30, 2015 | Respectfully submitted,<br>/s/ Bess M. Brewer_____<br>(As authorized via email on 12/30/2015)<br>BESS M. BREWER<br>Attorney for Plaintiff |
| Dated: December 30, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br>DEBORAH L. STACHEL<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| By: | /s/ Ellinor Coder_____<br>ELLINOR CODER<br>Special Assistant U.S. Attorney<br>OF COUNSEL: AMANDA SCHAPEL<br>Assistant Regional Counsel<br><br>Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED:

DATED: January 4, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE