UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALEIN BLACKWELL, | No. 2:15-cv-00388-AC |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Cross-Motion for Summary Judgment; Memorandum in Support of Defendant's Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment, due on February 18, 2016, by seven days, through and including February 25, 2016.  This is the Commissioner's second request for an extension of time in this matter.

An extension of time is needed in order to prepare Defendant's cross-motion because of scheduling conflicts of the drafting attorney.  This request is made in good faith with no intention to unduly delay the proceedings.  Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this request, on February 16, 2016.

Respectfully submitted this 16th day of February, 2016.

By: /s/* *Bess M. Brewer*
BESS M. BREWER
*by email authorization on 2/16/16

Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX

By: */s/ Urmila Taylor*
URMILA TAYLOR
Special Assistant United States Attorney

OF COUNSEL:
D. ADAM LAZAR, CSBN 237485
Assistant Regional Counsel, Region IX

Attorneys for Defendant

IT IS SO ORDERED.

DATED:  February 17, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2